# EXHIBIT 1

# EXHIBIT 1

Home | About Ross | Calendar | News | FAQ | Forms | Contact Us

Search...

Home | Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services

My Data Reports | Business Entity Search | Login (File Annual Lists) | Login (Data Reports)

# PREGAME LLC

[ New Search ]    [ Printer Friendly ]    [ Calculate Fees ]

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Default | File Date: | 2/05/2008 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0073772008-0 |
| Qualifying State: | NV | List of Officers Due: | 2/28/2010 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20081486728 | Business License Exp: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | RANDALL J. BUSACK | Address 1: | 6375 S. PECOS ROAD |
| Address 2: | SUITE 209 | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89120 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

View all business entities under this registered agent

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers

☐ Include Inactive Officers

**Manager - RANDALL J BUSACK**

| | | | |
|---|---|---|---|
| Address 1: | 6375 S PECOS STE 208 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89120 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

Click here to view 3 actions\amendments associated with this company

Important Notice: Entities with an April 2010 annual list due date whose lists were received by April 30, but have not yet been processed due to processing backlog, may show as in "Default" in the Business Entity Search until all April filings are processed. We expect completion of these filings by June 4th.

Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2010 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

# EXHIBIT 2

# EXHIBIT 2

# RJ Bell

Owner, Pregame.com

Las Vegas, Nevada Area

| | |
|---|---|
| **Current** | • Owner at Pregame.com |
| **Past** | • Sports Gambling Guide at About.com |
| **Education** | • The Ohio State University - The Max M. Fisher College of Business |
| **Connections** | 42 connections |
| **Industry** | Gambling & Casinos |
| **Websites** | • My Company<br>• My Website<br>• TV Appearances |

## RJ Bell's Summary

Bootstrapped Pregame.com from a home office start-up to its current staff of 18. Have been featured on CBS News with Katie Couric, ABC News with Charles Gibson, Nightline, Sportscenter, CNBC, First Take (ESPN2), ESPN.com, ESPN National Radio, AOL.com, CNN.com – and in Wall Street Journal, Associated Press, LA Times, Newsweek.com, Maxim, and Forbes. We believe that our business model and prime market space will generate 10-fold growth in the next 5 years.

RJ Bell's Specialties:
Elite understanding of sports betting information, online community, and e-commerce.

## RJ Bell's Experience

### Owner
**Pregame.com**
(Gambling & Casinos industry)
Currently holds this position

### Sports Gambling Guide
**About.com**
(Public Company; Internet industry)
June 2005 — July 2007 (2 years 2 months)

## RJ Bell's Education

**The Ohio State University - The Max M. Fisher College of Business**
Finance , 1988 — 1992

Graduated summa cum laude

## Additional Information

RJ Bell's Websites:
- My Company
- My Website
- TV Appearances

RJ Bell's Interests:

Movies, reading, poker, tennis, Ayn Rand, and Bob Dylan.

RJ Bell's Groups:
- The Godfather of Las Vegas

# EXHIBIT 3

# EXHIBIT 3



February 5, 2010
Copyright © Las Vegas Review-Journal

# Sharp money avoids Saints

Matt Youmans

As far as coach-quarterback combinations go, only a couple in the NFL inspire belief in bettors more than Sean Payton and Drew Brees. Who imagined the New Orleans **Saints** would be considered cutting edge and hip?

Payton recruited Brees as a free agent in 2006, and they created a high-powered offense the **Saints** are riding to the Super Bowl. Along the way, they embarrassed New England's Bill Belichick and Tom Brady.

But next up is Peyton Manning, the league's best quarterback. If the Indianapolis Colts were coached by a beer vendor, they would have a great coach-quarterback combination. Manning alone is that good.

So if you've been watching ESPN, reading the newspaper, listening to talk radio and soaking in the overkill of Super Bowl analysis, you're aware that most experts prefer the Colts as 5-point favorites and Sunday's game should be Manning's showcase.

Manning is making many bettors cynical about the **Saints**.

Even the **sharpest** professionals, including Las Vegas' Billy Walters and Steve Fezzik, are lining up on Indianapolis. Fezzik said he plans to bet the Colts straight up on the **money** line, at a price of about minus-200, and sources say Walters has done the same in a big way.

One story circulating among gambling insiders is that Walters collaborated in some way with poker pro Phil Ivey to place a $2 million **money**-line bet on Indianapolis at a Strip sports book.

MGM Mirage sports book director Jay Rood did not get into specifics but said, "We took a seven-figure bet on the Colts **money** line."

Sources also report Adam Meyer, a sports gambler from South Florida, has been approved for a $1 million bet at M Resort. Meyer did not confirm the amount.

"I'm going to be making a substantial wager," Meyer said. "I've only done one-third of the amount so far on the Colts on the **money** line."

Be aware that many of the Colts **money**-line bettors are playing it both ways by maneuvering to also take the **Saints** and the points.

Ken White, a veteran oddsmaker for Las Vegas Sports Consultants, said he made the line minus-6½ and the total 61, so he sees small edges to Indianapolis and over the total, which is now about 57.

White just spent a week in Miami, and he said league insiders talked about how the **Saints** were a bundle of nerves in their 31-28 overtime victory over the Minnesota Vikings in the NFC Championship Game. Brees appeared overly cautious with some throws, and his offense went three-and-out seven times.

"If the **Saints** were nervous in that spotlight," White said, "what's going to happen to them this Sunday?"

White said he leans to the Colts because of "experience." But he's also concerned about the right ankle injury to defensive end Dwight Freeney, a bulldozer as a pass rusher.

"Freeney is an important part of that team," White said. "If he comes back and they say he's going to play 85 percent of the plays, I feel the line will go back up to 6. But without Freeney, I'm making it 4½."

The 6-foot Brees can stand toe to toe with the 6-foot-5-inch Manning in a passing numbers game.

Brees posted an NFL-high rating of 109.6 in the regular season, compared with Manning's 99.9 rating. Brees had 34 touchdown passes and 11 interceptions, compared with Manning's 33 and 16. Since the 2006 season, Brees and Manning each have 122 touchdown passes. In his past eight games, including the playoffs, Brees has passed for 21 touchdowns with two interceptions.

The critics are picking on the weaknesses of the New Orleans defense, and Manning surely will, too. But it's not a no-win situation for the **Saints**. A no-win dilemma is a height contest between Tom Cruise, Al Pacino and Ryan Seacrest.

Knocking off Manning is a tall order — and I have the Colts winning, too — but Brees and Payton give the **Saints** a shot.

Despite the crush of Colts bettors swarming Las Vegas books, White said, "There's going to be a lot of **Saints money**, as well."

There are hundreds of ways to bet the Super Bowl, including propositions. Two weeks ago, "in-progress" wagering was a hit at books such as the Las Vegas Hilton, M Resort and Lucky's. At each commercial break, the point spread for the game is adjusted and posted for continual wagering.

"It's the wave of the future," said Jimmy Vaccaro, director of operations for Lucky's books, based at the Plaza downtown. "People just like to keep betting."

And many of them will be betting big on Manning.

Contact sports betting columnist Matt Youmans at myoumans@reviewjournal.com or 702-387-2907.

# EXHIBIT 4

# EXHIBIT 4

Login | Join Pregame.com Free ($25 bonus) | Get Free Picks By Email
1-800-PREGAME | support@pregame.com | LIVE HELP



# Forums

### Info Worth Betting
All Posts CBB NFL CFB Baseball NBA Hockey Other Sports Sportsbooks Everything Else

---

📄 02-06-2010, 1:05 PM

| RJ_Bell | **Billy Walters makes 2-million dollar bet** |
|---|---|
| <br>Joined on 06-21-2006<br>Las Vegas<br><br>Points 72,781 | **MATT YOUMANS: Sharp money avoids Saints**<br><br>As far as coach-quarterback combinations go, only a couple in the NFL inspire belief in bettors more than Sean Payton and Drew Brees. Who imagined the New Orleans Saints would be considered cutting edge and hip?<br><br>Payton recruited Brees as a free agent in 2006, and they created a high-powered offense the Saints are riding to the Super Bowl. Along the way, they embarrassed New England's Bill Belichick and Tom Brady.<br><br>But next up is Peyton Manning, the league's best quarterback. If the Indianapolis Colts were coached by a beer vendor, they would have a great coach-quarterback combination. Manning alone is that good.<br><br>So if you've been watching ESPN, reading the newspaper, listening to talk radio and soaking in the overkill of Super Bowl analysis, you're aware that most experts prefer the Colts as 5-point favorites and Sunday's game should be Manning's showcase.<br><br>Manning is making many bettors cynical about the Saints.<br><br>Even the sharpest professionals, including Las Vegas' Billy Walters and Steve Fezzik, are lining up on Indianapolis. Fezzik said he plans to bet the Colts straight up on the money line, at a price of about minus-200, and sources say Walters has done the same in a big way.<br>One story circulating among gambling insiders is that Walters collaborated in some way with poker pro Phil Ivey to place a $2 million money-line bet on Indianapolis at a Strip sports book.<br><br>MGM Mirage sports book director Jay Rood did not get into specifics but said, "We took a seven-figure bet on the Colts money line."<br>Sources also report Adam Meyer, a sports gambler from South Florida, has been approved for a $1 million bet at M Resort. Meyer did not confirm the amount.<br><br>"I'm going to be making a substantial wager," Meyer said. "I've only done one-third of the amount so far on the Colts on the money line."<br>Be aware that many of the Colts money-line bettors are playing it both ways by maneuvering to also take the Saints and the points. |

Ken White, a veteran oddsmaker for Las Vegas Sports Consultants, said he made the line minus-61/2 and the total 61, so he sees small edges to Indianapolis and over the total, which is now about 57.

White just spent a week in Miami, and he said league insiders talked about how the Saints were a bundle of nerves in their 31-28 overtime victory over the Minnesota Vikings in the NFC Championship Game. Brees appeared overly cautious with some throws, and his offense went three-and-out seven times.

"If the Saints were nervous in that spotlight," White said, "what's going to happen to them this Sunday?"

White said he leans to the Colts because of "experience." But he's also concerned about the right ankle injury to defensive end Dwight Freeney, a bulldozer as a pass rusher.

"Freeney is an important part of that team," White said. "If he comes back and they say he's going to play 85 percent of the plays, I feel the line will go back up to 6. But without Freeney, I'm making it 41/2."

The 6-foot Brees can stand toe to toe with the 6-foot-5-inch Manning in a passing numbers game.

Brees posted an NFL-high rating of 109.6 in the regular season, compared with Manning's 99.9 rating. Brees had 34 touchdown passes and 11 interceptions, compared with Manning's 33 and 16. Since the 2006 season, Brees and Manning each have 122 touchdown passes. In his past eight games, including the playoffs, Brees has passed for 21 touchdowns with two interceptions.

The critics are picking on the weaknesses of the New Orleans defense, and Manning surely will, too. But it's not a no-win situation for the Saints. A no-win dilemma is a height contest between Tom Cruise, Al Pacino and Ryan Seacrest.

Knocking off Manning is a tall order -- and I have the Colts winning, too -- but Brees and Payton give the Saints a shot.
Despite the crush of Colts bettors swarming Las Vegas books, White said, "There's going to be a lot of Saints money, as well."
There are hundreds of ways to bet the Super Bowl, including propositions. Two weeks ago, "in-progress" wagering was a hit at books such as the Las Vegas Hilton, M Resort and Lucky's. At each commercial break, the point spread for the game is adjusted and posted for continual wagering.

"It's the wave of the future," said Jimmy Vaccaro, director of operations for Lucky's books, based at the Plaza downtown. "People just like to keep betting."

And many of them will be betting big on Manning.

---

**RJ Bell:** Best Bets | Free Picks | My Posts |My Blog |@Twitter
Called a "True Insider" by ESPN
Pick Virgins: $25 FREE! Buyers: 10% rebate!

Post Points: 9

| 02-06-2010, 4:35 PM | |
|---|---|
| Michael Lake | **Re: Billy Walters makes 2-million dollar bet** |

| | |
|---|---|
| <br>Joined on 03-08-2008<br>**COLLEGE RECRUIT**<br>750 THROUGH 1,499 POSTS<br>Points 9,106 | Are they really going to make it public that billy walters, the god of gambling is betting 2 million on the colts?? With no huge line move following it? Thats like saying warren buffet is going to invest in a stock and you can get it at the same price he does....<br><br>Post Points: 9 |

📁 02-06-2010, 5:15 PM

| theCrisp9 | **Re: Billy Walters makes 2-million dollar bet** |
|---|---|
| <br>Joined on 08-27-2009<br>Lexington, KY<br>**PREP SCHOOL**<br>500 THROUGH 749 POSTS<br>Points 4,194 | I have been reading about this in the popular poker forums since it concerns Phil Ivey... He is notorious for making bets..but none his own. Last year he and his gambling friends were heavy on Arizona and the pts through the advice of prof. gamblers. I guess Billy Walters informed Ivey once again and to take the Colts or did I read this wrong and Ivey and Walters went in on the bet together?<br><br>here to learn & earn<br>go Big Blue!<br><br>Post Points: 5 |

📁 02-07-2010, 7:20 PM

| 0II0 | **Re: Billy Walters makes 2-million dollar bet** |
|---|---|
| <br>Joined on 01-30-2010<br><br>**WATERBOY**<br>LESS THAN 250 POSTS<br>Points 14 | wow, he just lost 2.2 million.<br><br>Post Points: 0 |

Page 1 of 1 (4 items)
RSS FEED

PregameForums.com: free sports betting picks, sportsbook    Privacy Pledge | Terms of Service | Free Sports Articles
gambling tips

http://pregame.com/forums/forums/t/109403.aspx    4/14/2010

Case 2:10-cv-00850-RLH-LRL    Document 1-1    Filed 06/04/10    Page 14 of 16

# EXHIBIT 5

# EXHIBIT 5

```
Type of Work:      Text

Registration Number / Date:
                   TX0007138825 / 2010-04-30

Application Title: Sharp money avoids Saints.

Title:             Sharp money avoids Saints.

Description:       Electronic file (eService)

Copyright Claimant:
                   Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                   2010-02-05

Nation of First Publication:
                   United States

Authorship on Application:
                   Stephens Media LLC, employer for hire; Domicile: United
                     States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                   Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                     Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                     States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:    C.O. correspondence.
                   Regarding deposit: Special relief granted under 37 CFR
                     202.20(d).

Names:             Stephens Media LLC
                   Righthaven LLC

================================================================================
```