STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PREGAME, LLC a Nevada general partnership formerly organized as a limited-liability company; RANDALL J. BUSACK and R.J. BELL, general partners in PREGRAME LLC,<br><br>　　　　Defendants. | Case No.: 2:10-cv-00850-RLH-LRL<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff, Righthaven LLC ("Righthaven"), PreGame LLC ("Pregame"), Randall J. Busack ("Mr. Busack") and R.J. Bell ("Mr. Bell"); collectively with Righthaven known herein as the( "Parties"), by and through its attorneys of record  and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal of all claims asserted against Pregame, Mr. Busack and Mr. Bell, with prejudice, in the above-captioned matter.

1

Specifically, Righthaven requests voluntary dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Rule 41(a)(2) permits voluntary dismissal with prejudice "by court order, on terms that the court considers proper[1]."

On or about July 15, 2010, the Parties entered into a settlement agreement (the "Agreement"), whereby PreGame, Mr. Busack and Mr. Bell shall be released from all claims of copyright infringement in the above-entitled matter, upon full compliance with the terms of the Agreement.

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against PreGame, Mr. Busack, and Mr. Bell with prejudice.

Dated this 20th day of August, 2010.

IT IS SO ORDERED.

_____
CHIEF U.S. DISTRICT JUDGE

Dated this 23rd day of August, 2010.

Submitted by:

RIGHTHAVEN LLC                          LEWIS AND ROCA LLP


/s/ J. Charles Coons                    /s/ West Allen
J. Charles Coons, Esq.                  W. West Allen, Esq.
9660 West Cheyenne Avenue, Suite 210    Nikkya G. Williams, Esq.
Las Vegas, Nevada 89129-7701            3993 Howard Hughes Parkway, Suite 660
Attorneys for Plaintiff                 Las Vegas, Nevada 89169
                                        Attorneys for Defendants

---

[1] Fed. R. Civ. P. 41(a)(2).

2